

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00234-CV

Dr. Nolan Perez and Gastroenterology Consultants of South Texas, PLLC
v.
Elizabeth Hanawa and Ben Hanawa

On Appeal from the
138th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-05685

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

February 29, 2024